IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS ZURLO and  JUDITH WHITELEY  　　　Plaintiffs, | : | |
| v. | : | CIVIL ACTION  NO. 14-6382 |
| CASSANDRA CROWLEY and  PAMELA BAUMAN  　　　Defendants. | : | |

## **ORDER**

AND NOW, this 6th day of May, 2015, upon consideration of Plaintiffs' Motion for Remand (Doc. No. 6) and Defendants' Response thereto (Doc. No. 7), it is hereby ORDERED that said Motion is GRANTED and the above-captioned matter is REMANDED to the Philadelphia Court of Common Pleas.  The Clerk of Court is hereby directed to CLOSE this case.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　C. Darnell Jones, II    J.